```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **FREDRICK BERNARD SMILEY,** | * |
|    **Plaintiff,** | * |
| **vs.** | *   **CIVIL ACTION NO.15-00090-KD-B** |
| **CIRCUIT COURT OF MOBILE COUNTY, AL,** *et al.*, | * |
|    **Defendants.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 15) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

The Court acknowledges that Smiley filed a Declaration in Support of Request to Proceed *In Forma Pauperis* (doc. 16). However, the attachment to the Declaration shows that Smiley had $60.00 in his inmate account in February 2016, but still did not pay the $5.78 filing fee as ordered.

Accordingly, it is **ORDERED** that this action is **dismissed without prejudice** for failure to comply with the Court's orders and failure to prosecute this action.

**DONE** this 13th day of October 2016.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE